

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-22-00348-CV

Isabel Carolina **VAZQUEZ**,
Appellant

v.

**SACATAR PROPERTIES**,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. 2022-CV-0071
Honorable Kirsten Legore, Judge Presiding

## O R D E R

Appellant attempts to appeal the trial court's judgment awarding possession of real property to appellee Sacatar Properties in a forcible detainer action. The trial court signed the judgment on May 4, 2022. The notice of appeal was due June 3, 2022. *See* TEX. R. APP. P. 26.1. Although the appellant filed a notice of appeal within the fifteen-day grace period allowed by rule 26.3, she did not file a motion for extension of time. *See id.* 26.3.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1 but within the fifteen-day grace period provided by rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We therefore ORDER the appellant to file, on or before **July 14, 2022**, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If the appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.



Michael A. Cruz,
Clerk of Court